UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

In Re:
**Christopher Dwyane Williams**

Social Security No. xxx-xx-3837
Address: 619 Country Lane, Winston-Salem, NC 27107

Debtor

Case No.  17-50821
Chapter   13

## OBJECTION TO CLAIM

**NOW COMES** the Debtor above-named, through counsel, pursuant to 11 U.S.C. §502 and Bankruptcy Rule 3007, who respectfully objects to proof of claim #3 filed by the creditor Ally Financial ("Ally") and dated August 25, 2017, for the following reasons:

In Debtor's prior bankruptcy case (16-50821), this Court entered an Order sustaining Debtor's objections to Claim No. 4 from Ally in the amount of $9,178.29 on March 16, 2017.  The proof of claim from Ally filed in this case constitutes that same claim amount, occurrences, transactions, and parties that were the subject matter of its proof of claim in the prior case that was disallowed. Therefore, the proof of claim filed in this case is subject to res judicata and should be similarly disallowed.  Debtor reserves further grounds as stated in his original objection in the prior case.

**WHEREFORE**, the Debtor prays that the Court enter an Order disallowing the claim in its entirety.

Dated: September 28, 2017

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s Benjamin D. Busch

Benjamin D. Busch
N.C. State Bar No. 43458
600 Green Valley Road, Ste. 210
Greensboro, NC 27408
Telephone: (336) 542-5993
Fax: (336) 542-5994
Email: bbusch@lojto.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

In Re:
**Christopher Dwyane Williams**

Case No.  17-50821
Chapter   13

Social Security No. xxx-xx-3837
Address:619 Country Lane, Winston-Salem, NC 27107

Debtor

## CERTIFICATE OF SERVICE

I, Erica NeSmith, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on September 28, 2017.  I served copies of the foregoing **OBJECTION TO CLAIM** electronically or, when unable,  by regular first-class U.S. mail, addressed to the following parties:

Ally Financial
**Attn: Managing Agent**
PO Box 130424
Roseville, MN 55113-0004

Ally Financial
**Attn: Managing Agent**
4000 Lexington Ave. N, Ste 100
Shoreview, MN 55126

William P. Miller
U.S. Bankruptcy Administrator

Kathryn L. Bringle
Chapter 13 Trustee

/s Erica NeSmith

Erica NeSmith